AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>MICHAEL ANDREW CRAWFORD | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

FILED DEC X 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Eastern District of Oklahoma | 3-08-70808 JCS | 08-070 JHP |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    x  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. § 1958

**DISTRICT OF OFFENSE**
Eastern District of Oklahoma

**DESCRIPTION OF CHARGES:**

Conspiracy to Use Interstate Commerce Facilities in the Commission of Murder for Hire.

**CURRENT BOND STATUS:**

   ☐ Bail fixed at _____ and conditions were not met
   x Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   x Other (specify) Defendant waived detention and remanded to Marshal custody
Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    x Federal Defender    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    x No    ☐ Yes    Language:

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____12/5/08_____     _____[signature]_____
Date     United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |